D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA     NOTICE OF MOTION

   -against-     08-Cr-0372 (SJF)

ROBERT AMENDOLA,

   Defendant.

----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   APR 09 2012   ★

LONG ISLAND OFFICE

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of Francis J. Murray, the exhibits thereto, and the accompanying Memorandum of Law, **ROBERT AMENDOLA**, will move this Court, before the Honorable Sandra J. Feuerstein, at the courthouse at 100 Federal Plaza, Central Islip, New York, at a date and time to be set by the Court for an order:

1. Modifying the Amended Judgment In A Criminal Case filed December 4, 2009 to require Mr. Amendola to pay the full amount of restitution in the amount of $1,125,660.30 plus interest prior to the expiration of the remaining 30-month period of his supervised release through a combination of lump-sum payments and monthly installment payments totaling $1,180,000.00, and

2. Granting such other and further relief as the Court deems just and proper.

Dated: January 30, 2012
       Rockville Centre, New York

*[signature]*
FRANCIS J. MURRAY
Murray & McCann
100 Merrick Road, Ste. 514W
Rockville Centre, New York 11570
(516) 766-3131
*Attorney for Robert Amendola*

TO: AUSA Mary M. Dickman
    United States Attorney's Office
    Eastern District of New York
    271 Cadman Plaza East
    Brooklyn, New York 11201

**Order**

The application is:

- [X] **granted** in the following respect: The Amended Judgment is hereby modified in that defendant's restitution payments shall be made in accordance with the schedule set forth in paragraph twenty-two (22) of the Affirmation of Francis J. Murray [Docket Entry No. 39-1].
- [ ] **denied**
- [ ] **referred to Magistrate Judge** _____ for
  - [ ] decision
  - [ ] report and recommendation

SO ORDERED.

s/ Sandra J. Feuerstein
_____  4/9/2012
            U.S.D.J.